Roger G. Belt, Plaintiff-Appellee, v. Jessie Belt, Defendant-Appellant.

Gen. No. 11,456.

Second District, Second Division.

April 28, 1961.

Black and Black, of Morris, for appellant; David F. Root and Richard R. Wilder, of Morris, for appellee. Opinion by JUDGE WRIGHT. Not to be published in full.